**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>NASHON PORTER,<br><br>      Defendant. | Case No. 2:17-cr-00369-HDM-MDC<br>Case No. 3:11-cr-00147-HDM-EJY<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for NASHON PORTER and United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for October 2, 2024, at 2:00 PM, be vacated and continued to October 22, 2024, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1.     Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.      The defendant is currently detained and consents to the continuance.

4.      The parties agree to the continuance.

5.      This is the second request for a continuance.

DATED this 23rd day of September, 2024.

RENE L. VALLADARES          JASON M. FRIERSON
Federal Public Defender          United States Attorney

By   */s/ Sean A. McClelland*       By   */s/ Megan Rachow*
     SEAN A. MCCLELLAND         MEGAN RACHOW
     Assistant Federal Public Defender    Assistant United States Attorney
     Counsel for NASHON PORTER      Counsel for the Government

2

1

### <u>ORDER</u>

2      Based on the Stipulation of counsel, and good cause appearing,

3      **IT IS THEREFORE ORDERED** that the Revocation Hearing currently set October

4

2, 2024, at 2:00 PM, be vacated and continued to October 22, 2024, at 11:00 AM in Reno

5

Courtroom 4 before District Judge Howard D. McKibben.  **IT IS SO ORDERED**.

6

7      DATED this 25th day of September, 2024.

8

9

10      _____
        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3